UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENISE ROGERS | Case No. 2:20-cv-02272-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff. ECF No. 23. The parties have stipulated to remand this case for further administrative action and request that the Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id.* at 1–2.

Accordingly,

IT IS HEREBY ORDERED that the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Notice of Motion and Motion for Reversal; and Memorandum of Points and Authorities (ECF No. 20) is DENIED as moot.

IT IS FURTHER ORDERED that this action is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the Clerk of Court shall close this case and enter judgment accordingly.

DATED THIS 19th of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE